## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>             Plaintiff,<br>   v.<br><br>FLO TV INCORPORATED; MOBITV, INC.; U.S. CELLULAR CORPORATION; LG ELECTRONICS MOBILECOMM USA, INC.; MOTOROLA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA LLC; SPRINT NEXTEL CORPORATION; RESEARCH IN MOTION CORPORATION; HTC AMERICA INC.; PALM, INC; KYOCERA COMMUNICATIONS INC.; WIREFLY, CORP.; LETSTALK.COM, INC.; QUALCOMM, INC.; GOTV NETWORKS, INC.; SPB SOFTWARE; and VERIZON COMMUNICATIONS INC. D/B/A VERIZON WIRELESS,<br><br>             Defendants. | Civil Action No. _____<br><br>JURY TRIAL REQUESTED |

## PLAINTIFF EON CORP. IP HOLDINGS, LLC'S
## RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff EON Corp. IP Holdings, LLC ("IP Holdings") makes the following disclosure:

1.      Plaintiff EON Corp. IP Holdings, LLC is a Texas corporation with its principal place of business at 719 W. Front Street, Suite 108, Tyler, Texas. IP Holdings' parent is EON Corporation.

2.      No other publicly held corporation owns 10% or more of IP Holdings.

Dated: September 23, 2010                   FOX ROTHSCHILD LLP

*/s/ Gregory B. Williams*
Gregory B. Williams, Esquire
(DE Bar No. 4195)
919 N. Market Street, Suite 1300

Wilmington, DE 19801
(302) 622-4211
(302) 656-8920 (facsimile)
gwilliams@foxrothschild.com

*Attorneys for Plaintiff*
*EON Corp. IP Holdings, LLC*

*Of Counsel:*

Jeffery R. Johnson
Cabrach J. Connor
Daniel R. Scardino
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel: (512) 474-2449
Fax: (512) 474-2622
jjohnson@reedscardino.com
cconnor@reedscardino.com
dscardino@reedscardino.com