UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. 10-812-SLR <br> FLO TV INCORPORATED; MOBITV, INC.; § <br> U.S. CELLULAR CORPORATION; LG § **DEMAND FOR JURY TRIAL** <br> ELECTRONICS MOBILECOMM USA, INC.; § <br> MOTOROLA, INC.; SAMSUNG § <br> TELECOMMUNICATIONS AMERICA LLC; § <br> SPRINT NEXTEL CORPORATION; § <br> RESEARCH IN MOTION CORPORATION; § <br> HTC AMERICA INC.; PALM, INC.; § <br> WIREFLY, CORP.; LETSTALK.COM, INC.; § <br> QUALCOMM, INC.; GOTV NETWORKS, § <br> INC.; SPB SOFTWARE; AND VERIZON § <br> COMMUNICATIONS INC. D/B/A § <br> VERIZON WIRELESS, § <br> § <br> Defendants. § | |

**NOTICE OF DISMISSAL OF VERIZON COMMUNICATIONS INC., ONLY,
WITHOUT PREJUDICE**

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff EON Corp. IP Holdings, LLC hereby dismisses, WITHOUT PREJUDICE, all claims asserted in this action against Defendant Verizon Communications Inc. ("VCI") and against that defendant only. VCI has not yet served an answer or moved for summary judgment in this action. The action remains pending and is not dismissed as to any other defendant.

Respectfully submitted,

/s/ Gregory B. Williams
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323

gwilliams@foxrothschild.com
(302) 622-4211

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

*Of Counsel:*

Jeffery R. Johnson
Daniel Scardino
Cabrach J. Connor
REED & SCARDINO L.L.P.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: (512) 474-2449
Fax: (512) 474-2622
jjohnson@reedscardino.com
dscardino@reedscardino.com
cconnor@reedscardino.com

Date: November 2, 2010