IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-812-SLR |
| | ) |
| FLO TV INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of July, 2011, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motions to dismiss (D.I. 84), (D.I. 89) are granted in part and denied in part.

_____
United States District Judge