UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>      Plaintiff,<br>v.<br><br>FLO TV INCORPORATED; MOBITV, INC.; U.S. CELLULAR CORPORATION; LG ELECTRONICS MOBILECOMM USA, INC.; MOTOROLA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA LLC; SPRINT NEXTEL CORPORATION; RESEARCH IN MOTION CORPORATION; HTC AMERICA INC.; PALM, INC; KYOCERA COMMUNICATIONS INC.; WIREFLY, CORPORATION; LETSTALK.COM, INC.; QUALCOMM, INC.; GOTV NETWORKS, INC.; SPB SOFTWARE; AND VERIZON COMMUNICATIONS INC. D/B/A VERIZON WIRELESS; and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 10-812-SLR<br><br>JURY TRIAL REQUESTED |

**EON CORP. IP HOLDINGS, LLC'S MOTION TO DISQUALIFY LATHAM & WATKINS LLP AS COUNSEL FOR DEFENDANT MOBITV, INC.**

Plaintiff, EON Corp. IP Holdings, LLC ("EON"), by and through its undersigned counsel, hereby moves the Court to disqualify Latham & Watkins LLP (and Attorneys Bob Steinberg and Ryan E. Hatch) as counsel for Defendant MobiTV, Inc. in this action. In support of this motion, EON incorporates as if fully set forth herein and relies upon its Opening Brief filed in support of this motion.

Respectfully,

FOX ROTHSCHILD LLP

*/s/ Gregory B. Williams*
Gregory B. Williams (DE Bar No. 4195)

1

                                        Email: gwilliams@foxrothschild.com
                                        Citizens Bank Center
                                        919 N. Market Street, Suite 1300
                                        Wilmington, DE 19899-2323
                                        Tel:  (302) 622-4200
                                        Fax:  (302) 656-8920

                                        **ATTORNEY FOR PLAINTIFF**
*Of Counsel:*                           **EON CORP. IP HOLDINGS, LLC**

Jeffery R. Johnson
Daniel R. Scardino
Jeff W. Moles
Steven Tepera
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
Tel: (512) 474-2449
Fax: (512) 474-2622
jjohnson@reedscardino.com
dscardino@reedscardino.com
jmoles@reedscardino.com
stepera@reedscardino.com

Date:   September 13, 2011