IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | 1:10-cv-00812 (SLR) |
| | : | |
| FLO TV INCORPORATED; MOBITV, INC.; | : | |
| U.S. CELLULAR CORPORATION; LG | : | |
| ELECTRONICS MOBILECOMM USA, INC.; | : | |
| MOTOROLA, INC.; SAMSUNG | : | |
| TELECOMMUNICATIONS AMERICA LLC; | : | |
| SPRINT NEXTEL CORPORATION; | : | |
| RESEARCH IN MOTION CORPORATION; | : | |
| HTC AMERICA, INC.; PALM, INC.,; | : | |
| KYOCERA COMMUNICATIONS, INC.; | : | |
| SIMPLEXITY, LLC, d/b/a WIREFLY; | : | |
| LETSTALK.COM, INC.; QUALCOMM, INC.; | : | |
| GOTV NETWORKS, INC.; SPB SOFTWARE; | : | |
| and CELLCO PARTNERSHIP, d/b/a VERIZON | : | |
| WIRELESS, | : | |

## CASE REGULATION ORDER

At Wilmington, this 14th day of September, 2011.

An Order of Reference dated September 12, 2011, having been entered by The Honorable Sue L. Robinson.

IT IS ORDERED, that all matters related to discovery, mediation and case regulation, shall be addressed as follows:

Should the attorneys find that they are unable to resolve any matter covered by the Order of Reference, counsel should contact my office at (302) 657-5507 to schedule a telephone conference. The party initiating the telephone conference is responsible for setting up the call and obtaining the court reporter.

Not less than four business days before the conference the party seeking relief shall send me a letter, not to exceed five (5) pages, outlining the issues in dispute and its position on those issues. Not less than two business days prior to the conference, any party opposing the application shall send me a letter, not to exceed five (5) pages, outlining the basis for that party's opposition.

Should any document(s) be filed under seal at any time, a copy of the sealed document(s) should be provided to me within twenty-four hours of filing those document(s).

/s/ BWR
_____
B. WILSON REDFEARN, ESQUIRE
Special Master
United States District Court for the District of Delaware