IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 10-812-SLR |
| ) | |
| FLO TV INCORPORATED; et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the following deadlines are amended as follows:

Plaintiff will respond to Moving Defendants' Motion to Stay Pending Reexamination (D.I. 211) on or before **March 23, 2012.** Plaintiff agrees that this extension of time, or the fact that certain events may occur between now and March 23, 2012, will not be relied upon by Plaintiff as a factor that weighs against granting the motion.

On or before **March 30, 2012**, the parties will meet and confer regarding the structure and schedule for remaining discovery in this action, including procedures to facilitate early resolution, as required by Section 4(b) of the Court's Scheduling Order (D.I. 152).

Plaintiff will serve supplemental infringement contentions on or before **April 30, 2012**, in compliance with the requirements of Section 2(e) of the Court's Scheduling Order (D.I. 152).

Defendants will serve preliminary invalidity contentions on or before **June 15, 2012**, in compliance with the requirements of Section 2(f) of the Court's Scheduling Order (D.I. 152).

{00606441;v1}

| FOX ROTHSCHILD LLP | ASHBY & GEDDES |
|---|---|
| */s/ Gregory B. Williams* | */s/ Andrew C. Mayo* |
| Gregory B. Williams (I.D. #4195)<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>(302) 622-4211<br>gwilliams@foxrothschild.com | Steven J. Balick (I.D. #2114)<br>Lauren E. Maguire (I.D. #4261)<br>Andrew C. Mayo (I.D. #5207)<br>500 Delaware Avenue, 8th floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Attorneys for Plaintiff,*<br>*EON Corp. IP Holdings, LLC* | *Attorneys for Defendants*<br>*Kyocera Communications Inc. and*<br>*LetsTalk.com, Inc.*<br><br>*(but filed on behalf of all Defendants*<br>*with their consent)* |

SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge