IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-812-RGA |
| FLO TV INCORPORATED, et al., | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

Defendant Qualcomm moves for "entry of an order entering partial final judgment dismissing Qualcomm Inc. from this action in accordance with the Court's prior Memorandum and Order." (D.I. 191). The motion is premised on the idea that Qualcomm has been dismissed from this case. The Court's prior order, however, did not dismiss Qualcomm from the case. The prior order left standing a claim of direct infringement against Qualcomm. (*See* D.I. 105, p.5). Whatever the merits of the Court's prior order, Rule 54(b) is not the vehicle to review them. Therefore, this 10th day of April 2012, IT IS HEREBY ORDERED that Qualcomm's motion is **DENIED.**

_____
United States District Judge