# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 15, 2013

The Honorable Richard G. Andrews       *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *EON Corp. IP Holdings LLC v. FLO TV Incorporated et al.*
      C.A. No. 10-812 (RGA)

Dear Judge Andrews:

I am attaching a letter from Thomas Sankey, counsel for AT&T Mobility, setting forth its position with respect to Eon's Emergency Motion to Continue the Markman Hearing and Amend the Scheduling Order.

Respectfully,

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlw
Enclosure
cc:   Clerk of Court (Via Hand Delivery; w/ encl.)
      All Counsel of Record (Via Electronic Mail; w/ encl.)