# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>FLO TV INCORPORATED; MOBITV, INC.; U.S. CELLULAR CORPORATION; LG ELECTRONICS MOBILECOMM USA, INC.; MOTOROLA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA LLC; SPRINT NEXTEL CORPORATION; RESEARCH IN MOTION CORPORATION; HTC AMERICA INC.; PALM, INC; KYOCERA COMMUNICATIONS INC.; SIMPLEXITY, LLC. D/B/A WIREFL Y; LETSTALK.COM, INC.; QUALCOMM, INC.; GOTV NETWORKS, INC.; SPB SOFTWARE; AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>　　　　　　　　Defendants. | C.A. No. 1:10-cv-00812-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of June, 2013

***DEFENDANT GOTV NETWORKS, INC.'S OBJECTIONS AND RESPONSES TO***

***PLAINTIFF'S SECOND NOTICE OF DEPOSITION TO GOTV*** were caused to be served

upon the following in the manner indicated:

Gregory B. Williams, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FOX ROTHSCHILD LLP
919 North Market Street
Suite 1300
Wilmington, DE  19801
*Attorneys for Plaintiff*

#18981393 v1

-2-

| | |
|---|---|
| Cabrach J. Connor, Esquire<br>Daniel R. Scardino, Esquire<br>Craig S. Jepson, Esquire<br>Chad P. Ennis, Esquire<br>Steven P. Tepera, Esquire<br>John L. Hendricks, Esquire<br>REED & SCARDINO LLP<br>301 Congress Avenue<br>Suite 1250<br>Austin, TX  78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for FLO TV Incorporated and Qualcomm, Inc.* | *VIA ELECTRONIC MAIL* |
| Harrison J. Frahn, Esquire<br>Jeffrey E. Ostrow, Esquire<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA  94304<br>*Attorneys for FLO TV Incorporated and Qualcomm, Inc.* | *VIA ELECTRONIC MAIL* |
| Henry B. Gutman, Esquire<br>Victor Cole, Esquire<br>Courtney A. Welshimer, Esquire<br>Katherine Q. Dominguez, Esquire<br>Daniel L. Kaplan, Esquire<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>*Attorneys for FLO TV Incorporated and Qualcomm, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for MobiTV, Inc.* | *VIA ELECTRONIC MAIL* |
| Daralyn Durie, Esquire<br>Laura E. Miller, Esquire<br>DURIE TANGRI<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>*Attorneys for MobiTV, Inc.* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Kyocera Communications Inc.*<br>*and LetsTalk.com, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard de Bodo, Esquire<br>Patrick Park, Esquire<br>Brent K. Yamashita, Esquire<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, CA  90067-4704<br>*Attorneys for Kyocera Communications Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel J. Bergeson, Esquire<br>Melinda M. Morton, Esquire<br>Jaideep Venkatesan, Esquire<br>BERGESON, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA  95110-2712<br>*Attorneys for LetsTalk.com, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Gregory P. Williams, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |
| Richard J. O'Brien, Esquire<br>Robert D. Leighton, Esquire<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, IL  60606<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE  19801<br>*Attorneys for LG Electronics MobileComm USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Motorola Mobility LLC* | *VIA ELECTRONIC MAIL* |
| William H. Boice<br>KILPATRICK TOWNSEND & STOCKTON, LLP<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta, GA  30309<br>*Attorneys for Motorola Mobility LLC* | *VIA ELECTRONIC MAIL* |
| Steven D. Moore<br>Carl Sanders<br>KILPATRICK TOWNSEND & STOCKTON, LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>*Attorneys for Motorola Mobility LLC* | *VIA ELECTRONIC MAIL* |

-5-

| | |
|---|---|
| Edmond D. Johnson, Esquire<br>James G. McMillan, III, Esquire<br>PEPPER HAMILTON LLP<br>1313 North Market Street, Suite 5100<br>Wilmington, DE  19801<br>*Attorneys for GoTV Networks, Inc.* | *VIA ELECTRONIC MAIL* |
| Maura L. Rees, Esquire<br>Dylan J. Liddiard, Esquire<br>Holly B. Baudler, Esquire<br>Anthony J. Weibell, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for GoTV Networks, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden, Esquire<br>Jennifer Ying, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for HTC America, Inc. and Sprint Nextel Corporation* | *VIA ELECTRONIC MAIL* |
| Heidi Keefe, Esquire<br>Mark Weinstein, Esquire<br>Kyle D. Chen, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94306<br>*Attorneys for HTC America, Inc.* | *VIA ELECTRONIC MAIL* |

Respectfully submitted,

 /s/ Edmond D. Johnson
Edmond D. Johnson (Del. Bar No. 2257)
James G. McMillan, III (Del. Bar No. 3979)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE   19899-1709
*johnsone@pepperlaw.com*
*mcmillaj@pepperlaw.com*

*Attorneys for Defendant GoTV Networks, Inc.*