

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444 Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

June 12, 2013

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    *EON Corp. IP Holdings LLC v. FLO-TV, et al.*
              Civil Action No. 10-812-RGA

Dear Judge Andrews:

    We write to advise the Court that Plaintiff EON and Defendant LetsTalk.com have agreed to a settlement in principle pending documentation and, thus, the parties have agreed that any discovery disputes between them are stayed pending completion of the settlement.

                                    Respectfully submitted,

                                    /s/ Gregory B. Williams (#4195)

                                    Gregory B. Williams

GBW/bjr
cc:    Special Master B. Wilson Redfearn (via Email)
        All Counsel of Record (via CM/ECF and Email)