# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 10-812-RGA |
| FLO TV INCORPORATED, et al., | § | JURY TRIAL REQUESTED |
| Defendant. | § | |

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 13-910-RGA |
| AT&T MOBILITY LLC, et al., | § | JURY TRIAL REQUESTED |
| Defendant. | § | |

## ORDER

AND NOW, this 7th day of August, 2013, upon consideration of the Motion to Consolidate of Plaintiff EON Corp. IP Holdings, LLC, it is hereby ORDERED that EON's Motion for Consolidation is GRANTED. Civil Action Numbers 10-812 and 13-910 are hereby consolidated for purposes of claim construction.

United States District Judge