

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

August 28, 2013

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    *EON Corp. IP Holdings LLC v. FLO-TV, et al.*
             Civil Action No. 10-812-RGA

Dear Judge Andrews:

       In response to Your Honor's Oral Order of August 27, 2013, I write to advise the Court that Plaintiff EON agrees with Defendants that copies of the parties' respective briefs regarding the protective order dispute were included in the Appendix at D.I. 562. For Your Honor's convenience, attached are additional copies of EON Corp. IP Holdings, LLC's Answering Brief Regarding Protective Order Disputes and Exhibit A thereto submitted to Special Master Redfearn on June 26, 2013.

                                  Respectfully submitted,

                                  /s/ Gregory B. Williams (#4195)

                                  Gregory B. Williams

GBW/bjr
Encls.
cc:    All Counsel of Record (via CM/ECF and Email)