**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FLO TV INCORPORATED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 10-812- SLR |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that attorney Holly B. Baudler, of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304, hereby withdraws her appearance as counsel for Defendant GoTV Networks, Inc. Reason for withdrawal, she is no longer with the firm. All other attorneys involved in the case from Pepper Hamilton LLP and Wilson Sonsini Goodrich & Rosati continue to represent Defendant GoTV Networks, Inc.

Respectfully submitted,

/s/ *Edmond D. Johnson*

Edmond D. Johnson (Del. Bar No. 2257)
James G. McMillan, III (Del. Bar No. 3979)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
*johnsone@pepperlaw.com*
*mcmillanj@pepperlaw.com*

Dated: September 6, 2013

*Attorneys for Defendant GoTV Networks, Inc.*

**CERTIFICATE OF SERVICE**

I, Edmond D. Johnson, hereby certify that on September 6, 2013 a copy of the foregoing ***Notice of Withdrawal*** to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all counsel of record:

/s/ *Edmond D. Johnson*
Edmond D. Johnson (No. 2257)