**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 10-812-RGA |
| | § | |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| FLO TV INCORPORATED; et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF EON'S DAUBERT MOTION TO EXCLUDE**
**THE EXPERT REPORT OF JACK D. GRIMES, PH.D.**
**ON THE INVALIDITY OF U.S. PATENT NO. 5,663,757**
**AND PRECLUDE RELATED TESTIMONY**

Plaintiff, EON Corp. IP Holdings, LLC ("EON") hereby moves the Court to exclude the

Expert Report of Jack D. Grimes, Ph.D. on the Invalidity of U.S. Patent No. 5,663,757 and to

preclude any related testimony at trial pursuant to *Daubert* and Federal Rule of Evidence 702.

The grounds for this motion are set forth in the opening brief in support of this motion and are

incorporated as if fully set forth herein.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Gregory B. Williams*
Gregory B. Williams (#4195)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
Tel:  (302) 622-4211
Fax:  (302) 656-8920
gwilliams@foxrothschild.com

**ATTORNEYS FOR PLAINTIFF**
**EON CORP. IP HOLDING, LLC**

*Of Counsel:*

Daniel R. Scardino
Steven P. Tepera
Craig S. Jepson

Chad Ennis
John L. Hendricks
Mark W. Halderman
Rola Daaboul
Jason W. Deats
Dominique G. Stafford
Joshua G. Jones
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
Tel.: (512) 474-2449
Fax: (512) 474-2622
dscardino@reedscardino.com
stepera@reedscardino.com
cjepson@reedscardino.com
cennis@reedscardino.com
jhendricks@reedscardino.com
mhalderman@reedscardino.com
rdaaboul@reedscardino.com
jdeats@reedscardino.com
dstafford@reedscardino.com
jjones@reedscardino.com

Date:  November 1, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 1, 2013, true and correct copies of the foregoing were

served on all counsel or record via CM/ECF.

*/s/ Gregory B. Williams*
Gregory B. Williams

| COUNSEL FOR FLO TV INC. AND QUALCOMM, INC. | David Ellis Moore<br>Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE  19899-0951<br>dmoore@potteranderson.com<br>rhorwitz@potteranderson.com |
| --- | --- |
| | Henry B. Gutman<br>Victor Cole<br>Courtney Welshimer<br>Daniel L. Kaplan<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>hgutman@stblaw.com<br>vcole@stblaw.com<br>cwelshimer@stblaw.com<br>dkaplan@stblaw.com |
| | Harrison J. Frahn<br>Jeffrey E. Ostrow<br>Jeffrey E. Danley<br>Michael A. Quick<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA  94304<br>hfrahn@stblaw.com<br>jostrow@stblaw.com<br>jdanley@stblaw.com<br>mquick@stblaw.com |
| COUNSEL FOR MOBITV, INC. | Brian E. Farnan                    (Lead Attorney)<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 |

| | |
|---|---|
| | bfarnan@farnanlaw.com |
| | Daralyn J. Durie<br>Laura E. Miller<br>DURIE TANGRI<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>ddurie@durietangri.com<br>lmiller@durietangri.com |
| **COUNSEL FOR U.S. CELLULAR CORPORATION** | Steven J. Fineman            (Lead Attorney)<br>Katharine C. Lester<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>fineman@rlf.com<br>lester@rlf.com<br><br>Richard J. O'Brien<br>Robert Leighton<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>robrien@sidley.com<br>rleighton@sidley.com |
| **COUNSEL FOR LG ELECTRONICS MOBILECOMM USA, INC.** | Thomas Lee Halkowski         (Lead Attorney)<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899-1114<br>halkowski@fr.com |
| **COUNSEL FOR MOTOROLA MOBILITY LLC** | Jack B. Blumenfeld            (Lead Attorney)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>William H. Boice<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree St., NE, Ste. 2800<br>Atlanta, GA 30309<br>bboice@kilpatricktownsend.com<br><br>Steven D. Moore<br>Carl Sanders<br>James L. Howard<br>Carolin K. Wray |

| | |
|---|---|
| | KILPATRICK TOWNSEND & STOCKTON LLP<br>100 1 West Fourth Street<br>Winston-Salem, NC  27101<br>stmoore@kilpatricktownsend.com<br>csanders@kilpatricktownsend.com<br>jihoward@kilpatricktownsend.com<br>cwray@kilpatricktownsend.com |
| ***COUNSEL FOR  SPRINT NEXTEL CORPORATION*** | Karen Jacobs<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899<br>kjacobs@mnat.com |
| ***COUNSEL FOR HTC AMERICA, INC.*** | Karen Jacobs                          (Lead Attorney)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>kjacobs@mnat.com<br><br>Heidi L. Keefe<br>Kyle D. Chen<br>Dena Chen<br>Mark R. Weinstein<br>Lam K. Nguyen<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94306<br>hkeefe@cooley.com<br>kyle.chen@cooley.com<br>mweinstein@cooley.com<br>lnguyen@cooley.com<br>HTC-EON@cooley.com<br>dchen@cooley.com |
| ***COUNSEL FOR KYOCERA COMMUNICATIONS, INC.*** | Philip A. Rovner<br>Jonathan A. Choa<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE  19899<br>Tel.:  (302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>Jose L. Patino (*pro hac vice*)<br>Nicola A. Pisano (*pro hac vice*) |

| | |
|---|---|
| | Justin E. Gray (*pro hac vice*)<br>FOLEY & LARDNER LLP<br>3579 Valley Center Drive, Suite 300<br>San Diego, CA  92130<br>jpatino@foley.com<br>npisano@foley.com<br>jegray@foley.com |
| **COUNSEL FOR *LETSTALK.COM , INC.*** | Jaideep Venkatesan                          (Lead Attorney)<br>Daniel J. Bergeson                          (Lead Attorney)<br>BERGESON, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA  95110-2712<br>jvenkatesan@be-law.com<br>dbergeson@be-law.com<br><br>Lauren E. Maguire<br>Steven J. Balick<br>Andrew Colin Mayo<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br>lmaguire@ashby-geddes.com<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com |
| **COUNSEL FOR *GOTV NETWORKS , INC.*** | Edmond D. Johnson                          (Lead Attorney)<br>James G. McMillan, III<br>PEPPER HAMILTON LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE  19899-1709<br>johnsone@pepperlaw.com<br>mcmillaj@pepperlaw.com<br><br>Maura L. Rees<br>Dylan J. Liddiard<br>Holly B. Baudler<br>Anthony J Weibell<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>mrees@wsgr.com<br>dliddiard@wsgr.com<br>hbaudler@wsgr.com<br>aweibell@wsgr.com |

| *COUNSEL FOR SIMPLEXITY, LLC D/B/A WIREFLY* | Karen Jacobs<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>kjacobs@mnat.com<br>jying@mnat.com |