# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 10-812-RGA ) ) **JURY TRIAL DEMANDED** |
| FLO TV INCORPORATED, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

Defendants Sprint Nextel Corporation, HTC America, Inc., Simplexity, LLC d/b/a Wirefly, FLO TV Incorporated, Qualcomm Inc., United States Cellular Corporation, MobiTV Inc., Motorola Mobility LLC and LG Electronics MobileComm USA Inc. (collectively, "Defendants"), by and through undersigned counsel, respectfully move this Court for an Order granting Defendants' Motion for Summary Judgment of Invalidity. The grounds for this motion are set forth in the Opening Brief filed contemporaneously herewith.

| POTTER ANDERSON & CORROON, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *David E. Moore* | /s/ *Jennifer Ying* |
| Richard L. Horwitz (#2246) | Karen Jacobs (#2881) |
| David E. Moore (#3983) | Jennifer Ying (#5550) |
| Bindu A. Palapura (#5370) | Megan E. Dellinger (#5739) |
| 1313 N. Market Street, 6th Floor | 1201 North Market Street P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | kjacobs@mnat.com |
| dmoore@potteranderson.com | jying@mnat.com |
| bpalapura@potteranderson.com | mdellinger@mnat.com |
| *Attorneys for Defendants FLO TV Incorporated and Qualcomm Inc.* | *Attorneys for Defendants Sprint Nextel Corporation, HTC America, Inc., and Simplexity, LLC d/b/a Wirefly* |

| | |
|---|---|
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Brian Farnan* | */s/ Steven J. Fineman* |
| Brian Farnan (#4089) | Steven J. Fineman (#4025) |
| 919 North Market Street | One Rodney Square |
| 12th Floor | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-0300 | (302) 651-7700 |
| bfarnan@farnanlaw.com | fineman@rlf.com |
| *Attorneys for Defendant MobiTV Inc.* | *Attorneys for Defendant United States Cellular Corporation* |
| | |
| FISH & RICHARDSON, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Thomas Lee Halkowski* | */s/ Jennifer Ying* |
| Thomas Lee Halkowski (#4099) | Jack B. Blumenfeld (#1014) |
| 222 Delaware Avenue | Jennifer Ying (#5550) |
| 17th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 652-5070 | Wilmington, DE 19899-1347 |
| halkowski@fr.com | (302) 658-9200 |
| *Attorneys for Defendant LG Electronics MobileComm USA Inc.* | jblumenfeld@mnat.com |
| | jying@mnat.com |
| | *Attorneys for Defendant Motorola Mobility LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E, Moore, hereby certify that on November 1, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 1, 2013, the attached document was Electronically Mailed to the following person(s):

Gregory B. Williams
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801
gwilliams@foxrothschild.com
*Attorneys for EON Corp. IP Holdings, LLC*

Cabrach J, Connor
Daniel R. Scardino
Steven P. Tepera
Craig S. Jepson
Chad P. Ennis
John L. Hendricks
Mark Halderman
Rola Daaboul
Dominique G. Stafford
Jason W. Deats
Joshua G. Jones
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
jjohnson@reedscardino.com
cconnor@reedscardino.com
dscardino@reedscardino.com
stepera@reedscardino.com
cjepson@reedscardino.com
cennis@reedscardino.com
jhendricks@reedscardino.com
mhalderman@reedscardino.com
rdaaboul@reedscardino.com
dstafford@reedscardino.com
jdeats@reedscardino.com
jjones@reedscardino.com
*Attorneys for EON Corp. IP Holdings, LLC*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
johnsone@pepperlaw.com
mcmillanj@pepperlaw.com
*Attorneys for GoTV Networks, Inc.*

Maura L. Rees
Dylan J. Liddiard
Anthony J. Weibell
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mrees@wsgr.com
dliddiard@wsgr.com
aweibell@wsgr.com
*Attorneys for GoTV Networks, Inc.*

Heidi Keefe
Mark Weinstein
Kyle Chen
Lam K. Nguyen
Dena Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94306
HTC-EON@cooley.com
kyle.chen@cooley.com
hkeefe@cooley.com
mweinstein@cooley.com
lfass@cooley.com
lnguyen@cooley.com
dchen@cooley.com
*Attorneys for HTC America*

Philip A. Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Kyocera Communications Inc.*

Jose L. Patino
Nicola A. Pisano
Justin E. Gray
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
jpatino@foley.com
npisano@foley.com
jegray@foley.com
*Attorneys for Kyocera Communications Inc.*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for LetsTalk.com, Inc.*

2

| | |
|---|---|
| Daniel J. Bergeson<br>Jaideep Venkatesan<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA  95110-2712<br>dbergeson@be-law.com<br>jvenkatesan@be-law.com<br>*Attorneys for LetsTalk.com, Inc.* | Thomas Lee Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899-1114<br>halkowski@fr.com<br>*Attorneys for LG Electronics MobileComm USA, Inc.* |
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>bfarnan@farnanlaw.com<br>*Attorneys for MobiTV, Inc.* | Daralyn J. Durie<br>Laura E. Miller<br>Durie Tangri<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>ddurie@durietangri.com<br>lmiller@durietangri.com<br>*Attorneys for MobiTV, Inc.* |
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Jennifer Ying<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jying@mnat.com<br>*Attorneys for Motorola Mobility, Inc., Sprint Nextel Corporation, HTC America, and Wirefly, Corp.* | William H. Boice<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta, GA  30309<br>Bboice@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* |
| Steven D. Moore<br>Kilpatrick Townsend & Stockton LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA  94111<br>Smoore@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* | Carl Sanders<br>James L. Howard<br>Caroline K. Wray<br>Kilpatrick Townsend & Stockton LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101<br>csanders@kilpatricktownsend.com<br>jhoward@kilpatricktownsend.com<br>cwray@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* |

| | |
|---|---|
| Gregory P. Williams<br>Steven J. Fineman<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>Williams@rlf.com<br>fineman@rlf.com<br>*Attorneys for U.S. Cellular Corporation* | Richard J. O'Brien<br>Robert D. Leighton<br>Sidley Austin LLP<br>One South Searborn<br>Chicago, IL  60603<br>robrien@sidley.com<br>rleighton@sidley.com<br>*Attorneys for U.S. Cellular Corporation* |

Richard A. Sterba
FISH & RICHARDSON P.C.
1425 K Street, NW
11th Floor
Washington, DC 20005
sterba@fr.com

*Attorneys for LG Electronics MobileComm USA, Inc.*

By:   */s/ David E. Moore*
          Richard L. Horwitz
          David E. Moore
          Bindu A. Palapura
          POTTER ANDERSON & CORROON LLP
          Tel:  (302) 984-6000
          rhorwitz@potteranderson.com
          dmoore@potteranderson.com
          bpalapura@potteranderson.com

990333/36087