**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 10-812-RGA |
| FLO TV INCORPORATED, et al., | : | |
| Defendants. | : | |
| EON CORP. IP HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 13-910-RGA |
| AT&T MOBILITY LLC, | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **2nd** day of **December, 2013**.

Consistent with the telephonic conference on November 26, 2013 in the above-captioned matters, IT IS ORDERED that:

1. On or before **December 30, 2013,** EON shall provide a demand or updated demand to each defendant/defendant group, with a brief rationale or basis for the demand, and provide copies of the three recent settlements with Let's Talk, GoTV and Kyocera. If the settlement documents are not finalized, EON shall provide the relevant information of those settlements, assuming no objection from those settling entities.

2. On or before **January 13, 2014,** each defendant/defendant group shall respond to EON's demand, with a brief rationale or basis for its counter offer.

3. On or before **December 17, 2013,** defendants shall confer with each other and provide Judge Thynge and her Judicial Administrator, Ms. Kennedy, via email, with a schedule of the dates and times (that is, morning or afternoon) when each defendant/defendant group will be participating in separate mediation with EON. Mediation is tentatively scheduled for either the morning or afternoon of **February 10 through 13,** the morning of **February 14,** and the morning of or afternoon of **February 18, 19 and 21, 2014.**

4. The due date for all mediation submissions is **January 31, 2014.** EON's submission shall be limited to **thirty (30) pages;** defendants' joint submission shall be limited to **twenty-five (25) pages;** and each defendant/defendant group's separate, private or confidential, or regarding particular issues related to that defendant, submission shall be limited to **five (5) pages.** All mediation submissions shall be double spaced and in 12 point font. A more detailed mediation order shall follow once the dates and times for each defendant/defendant group's participation is confirmed.

5. A teleconference is scheduled for **January 15, 2014 at 2:00 p.m. Eastern Time** to be **initiated by counsel for Sprint.** By **12:00 Noon Eastern**, **January 14, 2014,** each defendant/defendant group shall provide counsel for Sprint with the names of counsel who will be participating on the teleconference for their client. A list of participating counsel shall be provided by counsel for Sprint to Judge Thynge and her Judicial Administrator, Ms. Kennedy, via email by **no later than 5:00 p.m. Eastern** on **January 14, 2014.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE