IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-812-RGA |
| FLO TV INCORPORATED, et al., | : |
| Defendants. | : |

**ORDER**

The Special Master has issued a "Rulings and Recommendations" (D.I. 605), to which objections have been taken. (D.I. 613, 614, 715, 717). The Special Master's decisions are subject to *de novo* review.

All objections are overruled. The Plaintiff's objections do not discuss the Special Master's *Pennypack* analysis. I agree with, and therefore adopt, the Special Master's *Pennypack* analysis.

The Defendants' objections are also not well taken. Their main claim is surprise and prejudice from not being able to do third-party discovery from Facebook and Twitter. I cannot fully evaluate the prejudice claim, but I believe there is sufficient time for Defendants to conduct third-party discovery from Facebook and Twitter. I therefore permit them to conduct such discovery, and direct that they undertake such discovery expeditiously.

The Special Master's Rulings and Recommendations (D.I. 605) are thus **ADOPTED** as

the rulings of the Court, and the pending motions (D.I. 599, 600) which it addresses are

**RESOLVED** as indicated therein.

Dec 9, 2013
Date

Richard G. Andrews
United States District Judge