IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 10-812-RGA |
| v. | § § | JURY TRIAL REQUESTED |
| FLO TV INCORPORATED; et al., | § § | |
| Defendants. | § § | |

## EON'S MOTION FOR SINGLE TRIAL

Plaintiff, EON Corp. IP Holdings, LLC ("EON"), by and through its counsel, hereby moves this Court for a single trial pursuant to Federal Rule of Civil Procedure 42(a)(1) for all of the reasons set forth in its Opening Brief in support of this motion, which is incorporated as if fully set forth herein.

*Of Counsel:*

Daniel R. Scardino
Steven P. Tepera
Craig S. Jepson
Chad Ennis
John L. Hendricks
Mark W. Halderman
Rola Daaboul
Jason W. Deats
Dominique G. Stafford
Joshua G. Jones
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel.: (512) 474-2449
Fax: (512) 474-2622
dscardino@reedscardino.com
stepera@reedscardino.com
cjepson@reedscardino.com
cennis@reedscardino.com
jhendricks@reedscardino.com
mhalderman@reedscardino.com

*/s/ Gregory B. Williams*
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
Email: gwilliams@foxrothschild.com
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
Tel: (302) 622-4211
Fax: (302) 656-8920

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

Date: January 7, 2014

rdaaboul@reedscardino.com
jdeats@reedscardino.com
dstafford@reedscardino.com
jjones@reedscardino.com