IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, )<br>     Plaintiff, )<br>  v. )<br>FLO TV INCORPORATED, *et al.*, )<br>     Defendants. ) | C.A. No. 10-812-RGA |

## FLO TV INCORPORATED'S MOTION FOR ATTORNEY'S FEES

Pursuant to 35 U.S.C. § 285, FLO TV Incorporated moves for an award of their attorney fees, costs and expenses. The grounds for this motion are more fully set forth in FLO TV Incorporated's Opening Brief In Support of Its Motion for Attorneys Fees and supporting declaration filed contemporaneously herewith.

OF COUNSEL:

Henry Gutman
Victor Cole
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel:  (212) 455-2000

Jeffrey E. Ostrow
Harrison J. Frahn IV
Jeffrey E. Danley
Michael A. Quick
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94063
Tel:  (650) 251-5000

Dated:  March 19, 2014
1143389 / 36087

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Bindu A. Palapura (#5370)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE  19801
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com
  bpalapura@potteranderson.com

*Attorneys for Defendants*
*FLO TV Incorporated and Qualcomm Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E, Moore, hereby certify that on March 19, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 19, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Gregory B. Williams<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>gwilliams@foxrothschild.com<br>*Attorneys for EON Corp. IP Holdings, LLC* | Cabrach J, Connor<br>Daniel R. Scardino<br>Steven P. Tepera<br>Craig S. Jepson<br>Chad P. Ennis<br>John L. Hendricks<br>Mark Halderman<br>Rola Daaboul<br>Dominique G. Stafford<br>Joshua G. Jones<br>Matthew Murrell<br>Reed & Scardino LLP<br>301 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>jjohnson@reedscardino.com<br>cconnor@reedscardino.com<br>dscardino@reedscardino.com<br>stepera@reedscardino.com<br>cjepson@reedscardino.com<br>cennis@reedscardino.com<br>jhendricks@reedscardino.com<br>mhalderman@reedscardino.com<br>rdaaboul@reedscardino.com<br>dstafford@reedscardino.com<br>jjones@reedscardino.com<br>mmurrell@reedscardino.com<br>*Attorneys for EON Corp. IP Holdings, LLC* |

| | |
|---|---|
| Heidi Keefe<br>Mark Weinstein<br>Kyle Chen<br>Lam K. Nguyen<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA  94306<br>HTC-EON@cooley.com<br>kyle.chen@cooley.com<br>hkeefe@cooley.com<br>mweinstein@cooley.com<br>lfass@cooley.com<br>lnguyen@cooley.com<br>*Attorneys for HTC America* | Steven J. Balick<br>Lauren E. Maguire<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for LetsTalk.com, Inc.* |
| Daniel J. Bergeson<br>Jaideep Venkatesan<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA  95110-2712<br>dbergeson@be-law.com<br>jvenkatesan@be-law.com<br>*Attorneys for LetsTalk.com, Inc.* | Thomas Lee Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899-1114<br>halkowski@fr.com<br>*Attorneys for LG Electronics MobileComm USA, Inc.* |
| Richard A. Sterba<br>Fish & Richardson P.C.<br>1425 K Street, NW<br>11th Floor<br>Washington, DC 20005<br>sterba@fr.com<br>*Attorneys for LG Electronics MobileComm USA, Inc.* | Andy Thomson<br>Fish & Richardson P.C.<br>1180 Peachtree Street NE<br>21st Floor<br>Atlanta, GA 30309<br>andy.thomson@fr.com<br>*Attorneys for LG Electronics MobileComm USA, Inc.* |
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>bfarnan@farnanlaw.com<br>*Attorneys for MobiTV, Inc.* | Daralyn J. Durie<br>Laura E. Miller<br>Durie Tangri<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>ddurie@durietangri.com<br>lmiller@durietangri.com<br>*Attorneys for MobiTV, Inc.* |

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Jennifer Ying<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jying@mnat.com<br>*Attorneys for Motorola Mobility, Inc., Sprint Nextel Corporation, HTC America, and Wirefly, Corp.* | Steven D. Moore<br>Kilpatrick Townsend & Stockton LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111<br>Smoore@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* |
| Carl Sanders<br>James L. Howard<br>Caroline K. Wray<br>Kilpatrick Townsend & Stockton LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br>csanders@kilpatricktownsend.com<br>jhoward@kilpatricktownsend.com<br>cwray@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* | William H. Boice<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta, GA 30309<br>Bboice@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* |
| Frederick L. Whitmer<br>Kilpatrick Townsend & Stockton LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY, 10036-7703<br>fwhitmer@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* | Christopher Schenck<br>Kilpatrick Townsend & Stockton LLP<br>1420 Fifth Avenue<br>Suite 4400<br>Seattle, Washingotn 98101<br>cschenck@kilpatricktownsend.com<br>*Attorneys for Motorola Mobility LLC* |
| Gregory P. Williams<br>Steven J. Fineman<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Williams@rlf.com<br>fineman@rlf.com<br>*Attorneys for U.S. Cellular Corporation* | Richard J. O'Brien<br>Robert D. Leighton<br>Sidley Austin LLP<br>One South Searborn<br>Chicago, IL 60603<br>robrien@sidley.com<br>rleighton@sidley.com<br>*Attorneys for U.S. Cellular Corporation* |

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

990333/36087